Elizabeth C. Pritzker (State Bar No. 146267)
ecp@pritzker-law.com
Bethany L. Caracuzzo (State Bar No. 190687)
bc@pritzker-law.com
**PRITZKER | LAW**
633 Battery Street, Suite 110
San Francisco, CA 94111
Telephone: (415) 692-0772
Facsimile: (415) 366-6110

Eric H. Gibbs (State Bar No. 178658)
ehg@girardgibbs.com
Dylan Hughes (State Bar No. 209113)
dsh@girardgibbs.com
Rachel A. Naor (State Bar No. 284966)
ran@girardgibbs.com
**GIRARD GIBBS LLP**
601 California Street, 14th Floor
San Francisco, California 94108
Telephone: (415) 981-4800
Facsimile: (415) 981-4846

*Attorneys for Plaintiff Kiwanna McClain Gathron*

[ADDITIONAL COUNSEL LISTED NEXT PAGE]

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KIWANNA MCCLAIN GATHRON,<br><br>    Plaintiff,<br><br>    vs.<br><br>CHRYSLER GROUP LLC,<br><br>    Defendant. | Case No. 3:13-cv-05922-WHO<br><br>**STIPULATION AND ORDER TO RESCHEDULE CASE MANAGEMENT CONFERENCE**<br><br>N.D. Cal Local Rules 6-1(b) and 6-2<br><br>Date: May 27, 2014<br>Time: 2:00 P.M.<br>Judge: Hon. William H. Orrick<br>Courtroom: 2, 17th Floor |

1  Wayne A. Wolff (State Bar No. 161351)
2  wayne.wolff@sedgwicklaw.com
   **SEDGWICK LLP**
3  333 Bush Street, 30th Floor
   San Francisco, California 94101-2834
4  Telephone: (415) 781-7900
5  Facsimile: (415) 781-2635

6  Kathy A. Wisniewski
   kwisniewski@thompsoncoburn.com
7  John W. Rogers
8  jrogers@thompsoncoburn.com
   Stephen A. D'Aunoy
9  sdaunoy@thompsoncoburn.com
   **THOMPSON COBURN LLP**
10 One US Bank Plaza
11 St. Louis, Missouri 63101
   Telephone: (314) 552-6000
12 Facsimile: (314) 552-7000

13 *Attorneys for Defendant Chrysler Group LLC*

14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1  This stipulation is entered into by Plaintiff Kiwanna McClain Gathron and Defendant Chrysler
2  Group LLC, by and through their respective counsel, with reference to the following facts and recitals:
3  1.  Plaintiff filed her proposed class action complaint on December 20, 2013, alleging that
4      the headlight harnesses in 2011 and 2012 Dodge Chargers are defective;
5  2.  Chrysler filed a motion to dismiss Plaintiff's complaint on February 19, 2014;
6  3.  As the parties reported in their joint case management conference statement, (Dkt. # 32),
7      because Chrysler issued a recall of the 2011 and 2012 Dodge Charger vehicles built
8      between May 20, 2010 and November 8, 2011, the parties decided to focus their
9      preliminary discovery efforts on the recall and its effect on this litigation;
10 4.  At the case management conference on March 25, 2014, the Court vacated the hearing on
11     defendant's motion to dismiss in order to allow the parties to focus on this limited
12     discovery; (Dkt. # 36);
13 5.  Chrysler has begun its production of documents responsive to Plaintiff's discovery
14     requests, and anticipates completing its production by May 22, 2014, three days before
15     the scheduled case management conference;
16 6.  Plaintiff has committed to promptly reviewing the production once it is completed and
17     evaluating whether all of her litigation goals have been achieved and this case can be
18     dismissed voluntarily;
19 7.  However, because Chrysler anticipates completing its production only a few days before
20     the case management conference, the parties jointly request that the conference be reset
21     to allow Plaintiff's review and evaluation to be completed before the parties return to
22     Court;
23 8.  The parties therefore request that the Court reschedule the case management conference
24     scheduled for May 27, 2014, to June 24, 2014, with the parties to file their joint CMC
25     statement by June 17, 2014.
26 **NOW, THEREFORE,** the parties hereby stipulate and agree, subject to Court approval, that the
27 parties shall have until June 17, 2014, to file their joint case management conference statement, and that
28 the case management conference is reset to June 24, 2014.

1
STIPULATION AND ORDER TO RESCHEDULE CASE MANAGEMENT
CONFERENCE   CASE NO. 3:13-cv-05922-WHO

| | |
|---|---|
| DATED: May 16, 2014 | **PRITZKER | LAW** |
| | By: /s/ Elizabeth C. Pritzker |
| | Elizabeth C. Pritzker<br>*Attorneys for Plaintiff Kiwanna McClain Gathron* |
| DATED: May 16, 2014 | **GIRARD GIBBS LLP** |
| | By: /s/ Dylan Hughes |
| | Dylan Hughes<br>*Attorneys for Plaintiff Kiwanna McClain Gathron* |
| DATED: May 16, 2014 | **SEDGWICK LLP** |
| | By: /s/ Wayne A. Wolff |
| | Wayne A. Wolff<br>*Attorneys for Chrysler Group LLC* |
| DATED: May 16, 2014 | **THOMPSON COBURN LLP** |
| | By: /s/ John W. Rogers |
| | John W. Rogers<br>*Attorneys for Chrysler Group LLC* |

## **ATTESTATION**

I, Elizabeth C. Pritzker, am the ECF User whose ID and password are being used to file this document. In compliance with Local Rule 5-1(i)(3), I hereby attest that all other signatories listed have concurred in this filing.

    /s/ Elizabeth C. Pritzker
Elizabeth C. Pritzker

PURSUANT TO STIPULATION, IT IS ORDERED that the parties shall have until June 17, 2014, to file their joint case management conference statement, and that the case management conference is reset to June 24, 2014.

Dated: May 16, 2014

_____
Hon. William H. Orrick
United States District Judge