Elizabeth C. Pritzker (State Bar No. 146267)
ecp@pritzker-law.com
Bethany L. Caracuzzo (State Bar No. 190687)
bc@pritzker-law.com
**PRITZKER | LAW**
633 Battery Street, Suite 110
San Francisco, CA 94111
Telephone: (415) 692-0772
Facsimile: (415) 366-6110

Eric H. Gibbs (State Bar No. 178658)
ehg@girardgibbs.com
Dylan Hughes (State Bar No. 209113)
dsh@girardgibbs.com
Rachel A. Naor (State Bar No. 284966)
ran@girardgibbs.com
**GIRARD GIBBS LLP**
601 California Street, 14th Floor
San Francisco, California 94108
Telephone: (415) 981-4800
Facsimile: (415) 981-4846

*Attorneys for Plaintiff Kiwanna McClain Gathron*

[ADDITIONAL COUNSEL LISTED NEXT PAGE]

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KIWANNA MCCLAIN GATHRON,<br><br>  Plaintiff,<br><br>  vs.<br><br>CHRYSLER GROUP LLC,<br><br>  Defendant. | Case No. 3:13-cv-05922-WHO<br><br>**AMENDED JOINT CASE MANAGEMENT CONFERENCE STATEMENT AND STIPULATION TO RESCHEDULE CASE MANAGEMENT CONFERENCE; AND ORDER THEREON**<br><br>N.D. Cal Local Rules 6-1(b) and 6-2<br><br>Date:  June 24, 2014<br>Time:  2:00 P.M.<br>Judge:   Hon. William H. Orrick<br>Courtroom: 2, 17th Floor |

| | |
|---|---|
| 1 | Wayne A. Wolff (State Bar No. 161351) |
| 2 | wayne.wolff@sedgwicklaw.com |
| | **SEDGWICK LLP** |
| 3 | 333 Bush Street, 30th Floor |
| | San Francisco, California 94101-2834 |
| 4 | Telephone: (415) 781-7900 |
| 5 | Facsimile: (415) 781-2635 |
| 6 | Kathy A. Wisniewski |
| | kwisniewski@thompsoncoburn.com |
| 7 | John W. Rogers |
| 8 | jrogers@thompsoncoburn.com |
| | Stephen A. D'Aunoy |
| 9 | sdaunoy@thompsoncoburn.com |
| | **THOMPSON COBURN LLP** |
| 10 | One US Bank Plaza |
| 11 | St. Louis, Missouri 63101 |
| | Telephone: (314) 552-6000 |
| 12 | Facsimile: (314) 552-7000 |
| 13 | *Attorneys for Defendant Chrysler Group LLC* |

AMENDED JOINT CASE MANAGEMENT CONFERENCE STATEMENT AND STIPULATION TO
RESCHEDULE CASE MANAGEMENT CONFERENCE; AND ORDER THEREON
CASE NO. 3:13-cv-05922-WHO

1  The parties filed a Joint Case Management Conference Statement on June 17, 2014. (*See* Dkt. No. 39.) The parties have since met and conferred and, given the procedural posture of the case, believe it may promote judicial economy and save litigation resources to continue the Case Management Conference date for 60 days to allow the parties work out a disposition.  The parties:

**THEREFORE STIPULATE** and **AGREE**, subject to Court approval, that the Court reschedule the Case Management Conference currently scheduled for June 24, 2014 to August 19, at 2:00 p.m., and that any further Joint Case Management Conference Statement, as necessary, shall be filed on or before August 12, 2014.

A [Proposed] Order is appended to this Statement and Stipulation.

Respectfully submitted,

DATED:  June 19, 2014          **PRITZKER | LAW**

By: /s/ Elizabeth C. Pritzker

Elizabeth C. Pritzker
*Attorneys for Plaintiff Kiwanna McClain Gathron*

DATED:  June 19, 2014          **GIRARD GIBBS LLP**

By: /s/ Dylan Hughes

Dylan Hughes
*Attorneys for Plaintiff Kiwanna McClain Gathron*

DATED:  June 19, 2014          **SEDGWICK LLP**

By: /s/ Wayne A. Wolff

Wayne A. Wolff
*Attorneys for Chrysler Group LLC*

DATED:  June 19, 2014          **THOMPSON COBURN LLP**

By: /s/ John W. Rogers

John W. Rogers
*Attorneys for Chrysler Group LLC*

1
AMENDED JOINT CASE MANAGEMENT CONFERENCE STATEMENT AND STIPULATION TO RESCHEDULE CASE MANAGEMENT CONFERENCE; AND [PROPOSED] ORDER THEREON
CASE NO. 3:13-cv-05922-WHO

# ATTESTATION

I, Elizabeth C. Pritzker, am the ECF User whose ID and password are being used to file this document. In compliance with Local Rule 5-1(i)(3), I hereby attest that all other signatories listed have concurred in this filing.

      /s/ Elizabeth C. Pritzker
Elizabeth C. Pritzker

PURSUANT TO STIPULATION, IT IS HEREBY ORDERED that the parties shall have until August 12, 2014 to file any further Case Management Conference Statement. The Case Management Conference set for June 24, 2014 is hereby continued to August 19, 2014 at 2:00 p.m.

Dated: June 19, 2014

Hon. William H. Orrick
United States District Judge