Eric H. Gibbs (State Bar No. 178658)
ehg@girardgibbs.com
Dylan Hughes (State Bar No. 209113)
dsh@girardgibbs.com
Rachel A. Naor (State Bar No. 284966)
ran@girardgibbs.com
**GIRARD GIBBS LLP**
601 California Street, 14th Floor
San Francisco, California 94108
Telephone: (415) 981-4800
Facsimile: (415) 981-4846

Elizabeth C. Pritzker (State Bar No. 146267)
ecp@pritzker-law.com
Bethany L. Caracuzzo (State Bar No. 190687)
bc@pritzker-law.com
**PRITZKER | LAW**
633 Battery Street, Suite 110
San Francisco, CA 94111
Telephone: (415) 692-0772
Facsimile: (415) 366-6110

*Attorneys for Plaintiff Kiwanna McClain Gathron*

[ADDITIONAL COUNSEL LISTED NEXT PAGE]

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KIWANNA MCCLAIN GATHRON,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>CHRYSLER GROUP LLC,<br><br>　　　　　Defendant. | Case No. 3:13-cv-05922-WHO<br><br>**JOINT CASE MANAGEMENT CONFERENCE STATEMENT AND STIPULATION TO RESCHEDUE CASE MANAGEMENT CONFERENCE AND ORDER**<br><br>N.D. Cal. Local Rules 6-1(b) and 6-2<br><br>Date:  August 19, 2014<br>Time:  2:00 PM<br>Judge:  Hon. William H. Orrick<br>Courtroom:  2, 17th Floor |

1  Wayne A. Wolff (State Bar No. 161351)
2  Wayne.wolff@sedgwicklaw.com
   **SEDGWICK LLP**
3  333 Bush Street, 30th Floor
   San Francisco, California 94101-2834
4  Telephone: (415) 781-7900
   Facsimile: (415) 781-2635
5

6  Kathy A. Wisniewski
   kwisniewski@thompsoncoburn.com
7  John W. Rogers
   jrogers@thompsoncoburn.com
8  Stephen A. D'Aunoy
9  **THOMPSON COBURN LLP**
   One US Bank Plaza
10 St. Louis, Missouri 63101
   Telephone: (314) 552-6337
11 Facsimile: (314) 552-7337

12
   *Attorneys for Defendant Chrysler Group LLC*
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

JOINT CASE MANAGEMENT CONFERENCE STATEMENT AND STIPULATION TO
RESCHEDULE CASE MANAGEMENT CONFERENCE AND ORDER
CASE NO. 3:13-cv-05922-WHO

This lawsuit alleges that Chrysler Group failed to disclose a defect that causes the headlights to shut off unexpectedly in 2011 and 2012 Dodge Charger vehicles.  At the initial Case Management Conference in March, the parties reported that Chrysler Group was conducting a recall to address the alleged defect, and that the parties were going to assess whether this case could be dismissed by stipulation.  The parties continued the second Case Management Conference to August 19, 2014, in order to allow the parties to continue working toward a resolution.  The parties now inform the Court that they recently reached a settlement in this matter, and that they anticipate finalizing the settlement and filing the stipulation of dismissal of Plaintiff's claims within one week.  In the event that the parties need additional time to finalize the settlement and file their dismissal, however, the parties propose that they file either a stipulation of dismissal or a further Case Management Conference Statement by August 26, 2014, and hereby request that the Court reschedule the Case Management Conference currently scheduled for August 19, 2014, to September 2, 2014.

The parties therefore stipulate and agree, subject to Court approval, that the Court reschedule the Case Management Conference currently set for August 19, 2014, to September 2, 2014, and that the parties file either a stipulation of dismissal or a further Case Management Statement on or before August 26, 2014.

A [Proposed] Order is appended to this Statement and Stipulation.

DATED:  August 12, 2014    **GIRARD GIBBS LLP**

By: /s/ Eric H. Gibbs

Eric H. Gibbs
*Attorneys for Plaintiff Kiwanna McClain Gathron*


DATED:  August 12, 2014    **PRITZKER | LAW**

By: /s/ Elizabeth C. Pritzker

Elizabeth C. Pritzker
*Attorneys for Plaintiff Kiwanna McClain Gathron*

1  DATED: August 12, 2014 **SEDGWICK LLP**

2  By: /s/ Wayne A. Wolff

3

4  Wayne A. Wolff
   *Attorneys for Chrysler Group LLC*

5

6  DATED: August 12, 2014 **THOMPSON COBURN LLP**

7  By: /s/ Kathy Wisniewski

8

9  Kathy A. Wisniewski
   *Attorneys for Chrysler Group LLC*

13  PURSUANT TO STIPULATION, IT IS HEREBOY ORDERED that the parties shall have until August 26, 2014, to file a stipulation of dismissal or any further Case Management Conference Statement. The Case Management Conference set for August 19, 2014, is hereby continued to September 2, 2014, at 2:00 p.m.

Dated: August 12, 2014

Hon. William H. Orrick
United States District Judge

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**ATTESTATION**

I, Eric H. Gibbs, am the ECF User whose ID and password are being used to file this document. In compliance with Local Rule 5-1(i)(3), I hereby attest that all other signatories listed have concurred in this filing.

          /s/ Eric H. Gibbs
Eric H. Gibbs