UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| KIWANNA MCCLAIN GATHRON, | Case No. 13-cv-05922-WHO |
|---|---|
| Plaintiff, | |
| v. | **ORDER OF DISMISSAL** |
| CHRYSLER GROUP LLC, | Re: Dkt. No. 44 |
| Defendant. | |

Pursuant to notice of voluntary dismissal, **IT IS HEREBY ORDERED** that this case is dismissed **with** prejudice as to all of Plaintiff's claims and **without** prejudice as to any class claims. The Clerk shall close the case.

Dated:   August 29, 2014



WILLIAM H. ORRICK
United States District Judge